ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Spectrum Healthcare Resources, Inc.            )   ASBCA No. 63532
                                               )
Under Contract No. HT0014-18-D-0030            )

APPEARANCES FOR THE APPELLANT:        J. Chris Haile, Esq.
                                      Eric K. Herendeen, Esq.
                                        Crowell & Moring, LLP
                                        Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:       Song U. Kim, Esq.
                                        Associate General Counsel
                                      Colby L. Sullins, Esq.
                                      James A. Douglas, Esq.
                                        Trial Attorneys
                                        Defense Health Agency
                                        Falls Church, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 27, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63532, Appeal of Spectrum Healthcare Resources, Inc., rendered in conformance with the Board's Charter.

Dated:  October 27, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals